**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lena Kenya IRVINE, Defendant-Appellant.**

**No. 16-17037**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(July 12, 2017)

Michael B. Billingsley, Thomas E. Borton, IV, Gregory R. Dimler, Nicole Grosnoff, Eric W. Hunter, Kathryn McHugh, Assistant U.S. Attorney, Jenny Lynn Smith, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Before MARCUS, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

L. Dale Jones, appointed counsel for Lena Kenya Irvine in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion

to withdraw is **GRANTED** and Irvine's conviction and sentence are **AFFIRMED**.